# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| In re: IKO ROOFING SHINGLE | ) | 09-MD-2104 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL Docket No. 2104 ALL CASES |
| | | |
| DOROTHY LONDERGAN, | ) | |
| Individually and on behalf of herself | ) | |
| and others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-2103 (consolidated) |
| | ) | |
| IKO MANUFACTURING INC., a | ) | |
| Delaware corporation; IKO | ) | |
| INDUSTRIES, INC., a Delaware | ) | |
| corporation; IKO INDUSTRIES, | ) | |
| LTD., a Canadian corporation; IKO | ) | |
| MIDWEST, INC., an Illinois corporation; | ) | |
| and IKO PRODUCTION, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment as to Londergan's claims (motion #267 in lead case 09-md-2104) is granted in its entirety. Case 12-cv-2103 is terminated.

**Dated:** November 8, 2013

                                                    s/ Kenneth A. Wells
                                                    Kenneth A. Wells
                                                    Clerk, U.S. District Court